IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ENVISION HEALTHCARE CORPORATION, *et al.*, | Case No. 23-90342 (CML) |
| Debtors.[1] | **(Jointly Administered)** |

---

[1] A complete list of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Envision. The Debtors' service address is 1A Burton Hills Boulevard, Nashville, Tennessee 37215.

| | |
|---|---|
| VIBRANT CAPITAL PARTNERS, INC., VIBRANT CREDIT PARTNERS, LLC, SARATOGA INVESTMENT CORP. CLO 2013-1 LTD., AND CRESCENT CAPITAL GROUP, LP,<br><br>      Plaintiffs,<br><br>    v.<br><br>ENVISION HEALTHCARE CORPORATION; ARROWMARK COLORADO HOLDINGS LLC; AS BIRCH GROVE, LP; BARINGS LLC; BENEFIT STREET PARTNERS, LLC; BLACK DIAMOND CREDIT STRATEGIES MASTER FUND, LLC; BLACKROCK FINANCIAL MANAGEMENT, INC.; BLACKSTONE ALTERNATIVE CREDIT ADVISORS LP; BOFA SECURITIES, INC.; BRIGADE CAPITAL MANAGEMENT LP; BROADRIVER ASSET MANAGEMENT, L.P.; CANYON PARTNERS, LLC; CARLYLE CLO MANAGEMENT LLC; CIFC ASSET MANAGEMENT LLC; COLUMBIA CENT CLO ADVISERS, LLC; EATON VANCE MANAGEMENT; FIRST EAGLE ALTERNATIVE CREDIT, LLC; FIRST TRUST CAPITAL SOLUTIONS, L.P.; FIRST TRUST ADVISORS, L.P., HSBC AMERICAS CORPORATION (DELAWARE); INTERMEDIATE CAPITAL GROUP, INC.; INVESCO SENIOR LOAN FUND; IRRADIANT PARTNERS, LP; KING STREET CAPITAL MANAGEMENT, L.P.; MARATHON ASSET MANAGEMENT, L.P.; MARINER INVESTMENT GROUP LLC; MIDOCEAN PARTNERS, L.P.; MJX ASSET MANAGEMENT LLC; NAPIER PARK GLOBAL CAPITAL (US) LLC; NEUBERGER BERMAN INVESTMENT ADVISERS LLC; NYL INVESTORS LLC; OAK HILL ADVISORS, L.P.; OCTAGON | Adv. Proc. No.: 23-03140 |

CREDIT INVESTORS, LLC; PALMER SQUARE CAPITAL MANAGEMENT, LLC; PGIM, INC.; PPM LOAN MANAGEMENT COMPANY, LLC; REDDING RIDGE ASSET MANAGEMENT LLC; REDWOOD CAPITAL MANAGEMENT, LLC; SCULPTOR LOAN MANAGEMENT LP; SOUND POINT CAPITAL MANAGEMENT, LP; STRATEGIC VALUE PARTNERS, LLC; VICTORY CAPITAL MGMT., INC.; VOYA ALTERNATIVE ASSET MANAGEMENT; VOYA INVESTMENT MANAGEMENT CO. LLC; WELLFLEET CREDIT PARTNERS LLC,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS, on May 15, 2023, Envision Healthcare Corporation and 216 affiliated debtors (collectively, the "**Debtors**") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"), commencing the above-styled Chapter 11 cases which are jointly administered under Lead Case No. 23-90342 (the "**Main Case**");

WHEREAS on July 31, 2023, Plaintiffs initiated the above-captioned adversary proceeding (the "**Adversary Proceeding**") by filing the Complaint with this Court (Adv. Proc. No. 23-03140, ECF No. 1, Main Case ECF No. 1155);

WHEREAS on October 11, 2023, the Court issued an order confirming the Plan of Reorganization in the Main Case (Main Case ECF No. 1687), which provided that "[o]n the Effective

3

Date, [the Adverary Proceeding] shall be deemed automatically withdrawn and dismissed with prejudice";

WHEREAS on November 3, 2023, the Plan of Reorganization went effective (*see* Main Case ECF No. 1807], and therefore pursuant to its terms, this action "shall be deemed automatically withdrawn and dismissed with prejudice";

NOW THEREFORE, out of an abundance of caution, consistent with the Plan of Reorganization, and pursuant to Rule. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Vibrant Capital Partners, Inc., Vibrant Credit Partners, LLC, Saratoga Investment Corp. CLO 2013-1 LTD, and Crescent Capital Group, LP, hereby voluntarily dismiss, with prejudice, the above captioned adversary proceeding as to all Defendants.

[*Remainder of page intentionally blank*]


Dated: November 8, 2023
Houston, Texas

                                **CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**

                                */s/ Michael K. Riordan*

Jarrod B. Martin (24070221)
Michael K. Riordan (24070502)
1200 Smith Street, Suite 1400
Houston, TX 77002
Telephone: (713) 356-1280
Email: jarrod.martin@chamberlainlaw.com
       michael.riordan@chamberlainlaw.com

*Attorneys for Plaintiffs Vibrant Capital Partners, Inc., Vibrant Credit Partners, LLC, Saratoga Investment Corp. CLO 2013-1 Ltd., and Crescent Capital Group, LP*

-and-

**HERRICK, FEINSTEIN LLP**
Sean E. O'Donnell (*pro hac vice* pending)
Christopher Carty (*pro hac vice* pending)
Steven B. Smith (*pro hac vice* pending)
2 Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Email: sodonnell@herrick.com
       ccarty@herrick.com
       ssmith@herrick.com

*Attorneys for the Plaintiffs Vibrant Capital Partners, Inc., Vibrant Credit Partners, LLC, Saratoga Investment Corp. CLO 2013-1 Ltd., and Crescent Capital Group, LP, only to the extent adverse to Envision and the Lender Defendants, other than BofA Securities, Inc., Canyon Partners, LLC, and Intermediate Capital Group, Inc.*